■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SERGIO PONDER, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Centra, Peradotto and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. GRIFFIN, Appellant. [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Peradotto and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN ROBINSON, Appellant. [951 NYS2d 417]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal that would have resulted in reversal, specifically, in failing to argue that defendant's guilty plea was involuntary and unknowing because the plea colloquy negated the elements of the crime. Upon our review of the trial court proceedings, we conclude that the issue may have merit. Therefore, the order of June 8, 2007 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before December 28, 2012. Present—Scudder, P.J., Smith, Centra, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUNDABIRA O. OJO, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DALE F. LEESON, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEYONTAY C. RICKS, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Fahey, J.P., Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. LORET, Appellant. [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Peradotto and Sconiers, JJ.